SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
EDMOND NEAL

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMOND NEAL,<br><br>Plaintiff,<br><br>vs.<br><br>JCT CAPITAL, INC. D/B/A CELESTE COIN LAUNDRY; JTAG SM LLC; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-09383-FMO (AGRx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff EDMOND NEAL ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: January 31, 2025

SO. CAL EQUAL ACCESS GROUP

 */s/ Jason J. Kim*
JASON J. KIM
Attorney for Plaintiff

| | |
|---|---|
| DATED: January 31, 2025 | **Jeffer Mangels Butler & Mitchell LLP \| JMBM** |
| | By: _/s/ Matthew S. Kenefick_ |
| | Matthew S. Kenefick, |
| | Attorney for Defendant |
| | JTAG SM LLC |

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

By: _/s/ Jason J. Kim_
Jason J. Kim